UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In Re                                             :
                                                  :  Chapter 11
                                                  :
CALPINE CORPORATION, et al.,                      :  Case No. 05-60200 (BRL)
                                                  :
                                                  :  (Jointly Administered)
                                                  :
------------------------------------------------------------x
HSBC BANK USA, NATIONAL                           :
ASSOCIATION, AS INDENTURE                         :
TRUSTEE,                                          :  Case No. 1:07-cv-03088 (GBD)
                                                  :
          Appellant,                              :
                                                  :
       – against –                                :
                                                  :
CALPINE CORPORATION,                              :
                                                  :
          Appellee.                               :
------------------------------------------------------------x
HSBC BANK USA, NATIONAL                           :
ASSOCIATION, AS INDENTURE                         :
TRUSTEE,                                          :  Case No. 1:07-cv-03122 (GBD)
                                                  :
          Appellant,                              :
                                                  :
       – against –                                :
                                                  :
CALPINE CORPORATION,                              :
                                                  :
          Appellee.                               :
------------------------------------------------------------x
HSBC BANK USA, NATIONAL                           :
ASSOCIATION, AS INDENTURE                         :  Case No. 1:07-cv-03124 (GBD)
TRUSTEE,                                          :
                                                  :
          Appellant,                              :
                                                  :
       – against –                                :
                                                  :
CALPINE CORPORATION,                              :
                                                  :
          Appellee.                               :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 02 2007

3375006_4

```
---------------------------------------------------------------x
THE BANK OF NEW YORK, AS                    :
ADMINISTRATIVE AGENT FOR THE                :
HOLDERS OF THE SECOND PRIORITY              :
SECURED TERM LOANS,                         :     Case No. 1:07-cv-03125 (GBD)
                                            :
              Appellant,                    :
                                            :
         – against –                        :
                                            :
CALPINE CORPORATION,                        :
                                            :
              Appellee.                     :
---------------------------------------------------------------x
THE BANK OF NEW YORK, AS                    :
ADMINISTRATIVE AGENT FOR THE                :
HOLDERS OF THE SECOND PRIORITY              :
SECURED TERM LOANS,                         :     Case No. 1:07-cv-03126 (GBD)
                                            :
              Appellant,                    :
                                            :
         – against –                        :
                                            :
CALPINE CORPORATION,                        :
                                            :
              Appellee.                     :
---------------------------------------------------------------x
THE BANK OF NEW YORK, AS                    :
ADMINISTRATIVE AGENT FOR THE                :
HOLDERS OF THE SECOND PRIORITY              :
SECURED TERM LOANS,                         :     Case No. 1:07-cv-03127 (GBD)
                                            :
              Appellant,                    :
                                            :
         – against –                        :
                                            :
CALPINE CORPORATION,                        :
                                            :
              Appellee.                     :
---------------------------------------------------------------x
```

```
------------------------------------------------------------x
WILMINGTON TRUST COMPANY,           :    Case No. 1:07-cv-03187 (GBD)
                                    :
            Appellant,              :
                                    :
      – against –                   :
                                    :
CALPINE CORPORATION,                :
                                    :
            Appellee.               :
------------------------------------------------------------x
WILMINGTON TRUST COMPANY,           :    Case No. 1:07-cv-03188 (GBD)
                                    :
            Appellant,              :
                                    :
      – against –                   :
                                    :
CALPINE CORPORATION,                :
                                    :
            Appellee.               :
------------------------------------------------------------x
WILMINGTON TRUST COMPANY,           :    Case No. 1:07-cv-03189 (GBD)
                                    :
            Appellant,              :
                                    :
      – against –                   :
                                    :
CALPINE CORPORATION,                :
                                    :
            Appellee.               :
------------------------------------------------------------x
WILMINGTON TRUST COMPANY,           :    Case No. 1:07-cv-03190 (GBD)
                                    :
            Appellant,              :
                                    :
      – against –                   :
                                    :
CALPINE CORPORATION,                :
                                    :
            Appellee.               :
------------------------------------------------------------x
```

3375006_4

```
------------------------------------------------------------x
WILMINGTON TRUST COMPANY,             :      Case No. 1:07-cv-03191 (GBD)
                                      :
              Appellant,              :
                                      :
         – against –                  :
                                      :
CALPINE CORPORATION,                  :
                                      :
              Appellee.               :
------------------------------------------------------------x
WILMINGTON TRUST COMPANY,             :      Case No. 1:07-cv-03192 (GBD)
                                      :
              Appellant,              :
                                      :
         – against –                  :
                                      :
CALPINE CORPORATION,                  :
                                      :
              Appellee.               :
------------------------------------------------------------x
WILMINGTON TRUST COMPANY,             :      Case No. 1:07-cv-03193 (GBD)
                                      :
              Appellant,              :
                                      :
         – against –                  :
                                      :
CALPINE CORPORATION,                  :
                                      :
              Appellee.               :
------------------------------------------------------------x
WILMINGTON TRUST COMPANY,             :      Case No. 1:07-cv-03194 (GBD)
                                      :
              Appellant,              :
                                      :
         – against –                  :
                                      :
CALPINE CORPORATION,                  :
                                      :
              Appellee.               :
------------------------------------------------------------x
```

3375006_4

```
------------------------------------------------------------x
WILMINGTON TRUST FSB, SOLELY IN            :
ITS CAPACITY AS INDENTURE                  :
TRUSTEE,                                   :    Case No. 1:07-CV-03195 (GBD)
                                           :
                Appellant,                 :
                                           :
           – against –                     :
                                           :
CALPINE CORPORATION,                       :
                                           :
                Appellee.                  :
------------------------------------------------------------x
WILMINGTON TRUST FSB, SOLELY IN            :
ITS CAPACITY AS INDENTURE,                 :
TRUSTEE,                                   :    Case No. 1:07-cv-03196 (GBD)
                                           :
                Appellant,                 :
                                           :
           - against -                     :
                                           :
CALPINE CORPORATION,                       :
                                           :
                Appellee.                  :
------------------------------------------------------------x
WILMINGTON TRUST FSB, SOLELY IN            :
ITS CAPACITY AS INDENTURE                  :
TRUSTEE,                                   :    Case No. 1:07-cv-03197 (GBD)
                                           :
                Appellant,                 :
                                           :
           – against –                     :
                                           :
CALPINE CORPORATION,                       :
                                           :
                Appellee.                  :
------------------------------------------------------------x
```

3375006_4



```
-----------------------------------------------------------x
```

| | |
|---|---|
| WILMINGTON TRUST FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE, | |
| Appellant, | Case No. 1:07-cv-03198 (GBD) |
| – against – | |
| CALPINE CORPORATION, | |
| Appellee. | |

```
-----------------------------------------------------------x
```

| | |
|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY, | |
| Appellant, | Case No. 1:07-cv-03199 (GBD) |
| – against – | |
| CALPINE CORPORATION, | |
| Appellee. | |

```
-----------------------------------------------------------x
```

| | |
|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE, | |
| Appellant, | Case No. 1:07-cv-03200 (GBD) |
| – against – | |
| CALPINE CORPORATION, | |
| Appellee. | |

```
-----------------------------------------------------------x
```

| | |
|---|---|
| MANUFACTURERS AND TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE, | |
| Appellant, | Case No. 1:07-cv-03201 (GBD) |
| – against – | |
| CALPINE CORPORATION, | |
| Appellee. | |

```
-----------------------------------------------------------x
```

3375006_4



```
------------------------------------------------------------x
```

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDER OF CALPINE CORPORATION, ET AL., | : : : : | Case No. 1:07-cv-03202 (GBD) |
| Appellants, | : : | |
| - against - | : : | |
| THE BANK OF NOVA SCOTIA, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE | : : : : : : : : : : : : : : : | |
| Appellees. | : | |

```
------------------------------------------------------------x
```

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF CALPINE CORPORATION, ET AL., | : : : : | Case No. 1:07-cv-03203 (GBD) |
| Appellants. | : : | |
| - against - | : : | |
| THE BANK OF NOVA SCOTIA, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE | : : : : : : : : : : : : : : : | |
| Appellees. | : | |

```
------------------------------------------------------------x
```

3375006_4



```
------------------------------------------------------------x
THE OFFICIAL COMMITTEE OF EQUITY          :
SECURITY HOLDERS OF CALPINE               :
CORPORATION, ET AL.,                      :   Case No. 1:07-cv-03204 (GBD)
                                          :
              Appellants.                 :
                                          :
       - against -                        :
                                          :
THE BANK OF NOVA SCOTIA, AS               :
ADMINISTRATIVE AGENT,                     :
WILMINGTON TRUST FSB, AS                  :
INDENTURE TRUSTEE,                        :
WILMINGTON TRUST COMPANY, AS              :
COLLATERAL AGENT,                         :
WILMINGTON TRUST COMPANY, AS              :
ADMINISTRATIVE AGENT,                     :
HSBC BANK USA, NATIONAL                   :
ASSOCIATION, AS INDENTURE TRUSTEE,        :
THE BANK OF NEW YORK, AS                  :
ADMINISTRATIVE AGENT,                     :
MANUFACTURERS & TRADERS TRUST             :
COMPANY, AS INDENTURE TRUSTEE             :
                                          :
              Appellees.                  :
------------------------------------------------------------x
CALPINE CORPORATION, et al.,              :
                                          :
              Appellant,                  :   Case No. 1:07-cv-03266 (GBD)
                                          :
       – against –                        :
                                          :
                                          :
WILMINGTON TRUST FSB, et al.,             :
                                          :
              Appellee.                   :
------------------------------------------------------------x
CALPINE CORPORATION,                      :
                                          :
              Appellant,                  :   Case No. 1:07-cv-3267 (GBD)
                                          :
                                          :
       – against –                        :
                                          :
HSBC BANK USA, NATIONAL                   :
ASSOCIATION, AS INDENTURE                 :
TRUSTEE, THE BANK OF NEW YORK,            :
AS ADMINISTRATIVE AGENT,                  :
WILMINGTON TRUST FSB, AS                  :
INDENTURE TRUSTEE, WILMINGTON             :
```

3375006_4



| | |
|---|---|
| TRUST COMPANY, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, AND MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE, : : : : : : | |
| Appellee. : | |
| CALPINE CORPORATION, : : | |
| Appellant, : | Case No. 1:07-cv-3268 (GBD) |
| – against – : : | |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, AND MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE, : : : : : : : : : : : | |
| Appellee. : | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, ET AL., : : : | Case No. 1:07-cv-3263 (GBD) |
| Appellants. : : | |
| - against - : : | |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, AND MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE, : : : : : : : : : : : | |
| Appellees. : | |

3375006_4



```
-----------------------------------------------------------x
THE OFFICIAL COMMITTEE OF                  :
UNSECURED CREDITORS OF CALPINE             :
CORPORATION, ET AL.,                       :     Case No. 1:07-cv-3264 (GBD)
                                           :
              Appellants.                  :
                                           :
           - against -                     :
                                           :
HSBC BANK USA, NATIONAL                    :
ASSOCIATION, AS INDENTURE                  :
TRUSTEE, THE BANK OF NEW YORK,             :
AS ADMINISTRATIVE AGENT,                   :
WILMINGTON TRUST FSB, AS                   :
INDENTURE TRUSTEE, WILMINGTON              :
TRUST COMPANY, AS ADMINISTRATIVE           :
AGENT, WILMINGTON TRUST COMPANY,           :
AS COLLATERAL AGENT, AND                   :
MANUFACTURERS & TRADERS TRUST              :
COMPANY, AS INDENTURE TRUSTEE,             :
                                           :
              Appellees.                   :
-----------------------------------------------------------x
THE OFFICIAL COMMITTEE OF                  :
UNSECURED CREDITORS OF CALPINE             :
CORPORATION, ET AL.,                       :     Case No. 1:07-cv-3265 (GBD)
                                           :
              Appellants.                  :
                                           :
           - against -                     :
                                           :
HSBC BANK USA, NATIONAL                    :
ASSOCIATION, AS INDENTURE                  :
TRUSTEE, THE BANK OF NEW YORK,             :
AS ADMINISTRATIVE AGENT,                   :
WILMINGTON TRUST FSB, AS                   :
INDENTURE TRUSTEE, WILMINGTON              :
TRUST COMPANY, AS ADMINISTRATIVE           :
AGENT, WILMINGTON TRUST COMPANY,           :
AS COLLATERAL AGENT, AND                   :
MANUFACTURERS & TRADERS TRUST              :
COMPANY, AS INDENTURE TRUSTEE,             :
                                           :
              Appellees.                   :
-----------------------------------------------------------x
```

3375006_4



## STIPULATION AND AGREED ORDER SETTING BRIEFING SCHEDULE AND PROTOCOL FOR APPEALS FROM ORDERS BY THE BANKRUPTCY COURT

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the respective parties, and, upon approval of the Court, shall be deemed ORDERED, as follows:

1.  The parties agree that the briefing schedule for the above appeals shall be as follows:

    a.  On or before thirty days after the date of the entry of this Stipulation and Order, all Parties shall simultaneously serve and file opening briefs, each of which may be up to and including fifty pages in length. Parties may also submit an appendix which may include relevant documents from the record.

    b.  On or before sixty days after the date of the entry of this Stipulation and Order, all parties shall serve and file reply briefs, each of which may be up to and including thirty-five pages in length; provided, however, that any party whose initial brief was less than fifty pages may serve and file a reply brief of up to thirty-five pages plus the amount of any unused pages from the opening brief (i.e., the number of pages by which its opening brief was less than fifty pages). In no event shall the aggregate length of the opening and reply briefs of a party be greater than eighty-five pages in length.[1]

    c.  No further briefing shall be allowed.

2.  With respect to briefs submitted by representatives of the First, Second, and Third Priority Debt: (a) HSBC Bank USA, National Association, as Indenture Trustee under the Second Priority Indenture, and The Bank of New York, as Administrative Agent under the Second Priority Term Loan Agreement, shall together file a single joint opening and a single joint reply brief; (b) Wilmington Trust FSB as Indenture Trustee under the First Priority Indenture, and Wilmington Trust Company, as Administrative Agent under the First Priority Term Loan Agreement, shall together file a single joint opening brief and a single joint reply

---

[1] In the event that the aggregate eighty-five page limit is not approved by this court, Wilmington Trust FSB, as Indenture Trustee, Wilmington Trust Company, as Administrative Agent, HSBC Bank USA, National Association, as Indenture Trustee, and The Bank of New York, as Administrative Agent, reserve their right to submit separate briefs on behalf of the respective indenture trustees and administrative agents, and the other parties likewise reserve all of their rights.

3375006_4

brief; and (c) Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture shall file a single joint opening brief and a single joint reply brief. In addition, Wilmington Trust Company as Collateral Agent shall be entitled to file separate opening and reply briefs, and each of the Debtors, the Official Committee of Unsecured Creditors of Calpine Corporation, and the Official Committee of Equity Security Holders of Calpine Corporation shall each be entitled to file opening and reply briefs.

DATED:   New York, N.Y.
         April 25, 2007

By _____
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Mark I. Bane, Esq. (MB 4883)
Mark R. Somerstein, Esq. (MS 9721)
David S. Elkind, Esq. (DE 4054)

*Attorneys for HSBC Bank USA, National Association, as Indenture Trustee under the Second Priority Indenture and for The Bank of New York, as Administrative Agent under the Second Priority Credit and Guarantee Agreement with respect to certain Second Priority Secured Institutional Term Loans*

By _____
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Richard M. Cieri, Esq. (RC 6062)
Mark Kieselstein, Esq. (admitted pro hac vice)
David Seligman, Esq. (admitted pro hac vice)
Edward O. Sassower, Esq. (ES 5823)
Jeffrey S. Powell, Esq. (admitted pro hac vice)
Stephen E. Hessler, Esq. (admitted pro hac vice)

*Attorneys for Debtors Calpine Generating Company, LLC, CalGen Finance Corp., Calpine Corporation, and Each of their Debtor Subsidiaries and Affiliates Listed in Exhibit 1*

3375006_4

By _____
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
Chris Desiderio, Esq. (CD 6929)
Richard C. Pedone, Esq. (admitted pro hac vice)
Amanda D. Darwin, Esq. (AD 2719)

*Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture, Wilmington Trust Company, as Collateral Agent, and Wilmington Trust Company, as Administrative Agent under the Credit and Guarantee Agreement with respect to certain First Priority Security Institutional Term Loans*

By /s/ Judy G.Z. Liu
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)

*Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture*

By _____
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Fred S. Hodara, Esq. (FH 7947)
Michael S. Stamer, Esq. (MS 4900)
Philip Dublin, Esq. (PD 4919)
Alexis Freeman, Esq. (AF 0328)
Robert A. Johnston, Esq. (RJ 6553)

*Attorneys for the Official Committee of Unsecured Creditors*

By _____
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Gary L. Kaplan, Esq. (GK 4542)
Brad E. Scheler, Esq. (BS 8019)
Adrian Feldman, Esq. (AF 2478)

*Attorneys for the Official Committee of Equity Security Holders of Calpine Corporation, et al.*

**SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: April     , 2007

3375006_4

By _____
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
Chris Desiderio, Esq. (CD 6929)
Richard C. Pedone, Esq. (admitted pro hac vice)
Amanda D. Darwin, Esq. (AD 2719)

*Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture, Wilmington Trust Company, as Collateral Agent, and Wilmington Trust Company, as Administrative Agent under the Credit and Guarantee Agreement with respect to certain First Priority Security Institutional Term Loans*

By _____
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)

*Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture*

By _____
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Fred S. Hodara, Esq. (FH 7947)
Michael S. Stamer, Esq. (MS 4900)
Philip Dublin, Esq. (PD 4919)
Alexis Freeman, Esq. (AF 0328)
Robert A. Johnston, Esq. (RJ 6553)

*Attorneys for the Official Committee of Unsecured Creditors*

By _____
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Gary L. Kaplan, Esq. (GK 4542)
Brad E. Scheler, Esq. (BS 8019)
Adrian Feldman, Esq. (AF 2478)

*Attorneys for the Official Committee of Equity Security Holders of Calpine Corporation, et al.*

**SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: April     , 2007

3375006_4

By _____
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
Chris Desiderio, Esq. (CD 6929)
Richard C. Pedone, Esq. (admitted pro hac vice)
Amanda D. Darwin, Esq. (AD 2719)

*Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture, Wilmington Trust Company, as Collateral Agent, and Wilmington Trust Company, as Administrative Agent under the Credit and Guarantee Agreement with respect to certain First Priority Security Institutional Term Loans*

By _____
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)

*Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture*

By _____
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Fred S. Hodara, Esq. (FH 7947)
Michael S. Stamer, Esq. (MS 4900)
Philip Dublin, Esq. (PD 4919)
Alexis Freeman, Esq. (AF 0328)
Robert A. Johnson, Esq. (RJ 6553)

*Attorneys for the Official Committee of Unsecured Creditors*

By _____
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Gary L. Kaplan, Esq. (GK 4542)
Brad E. Scheler, Esq. (BS 8019)
Adrian Feldman, Esq. (AF 2478)

*Attorneys for the Official Committee of Equity Security Holders of Calpine Corporation, et al.*

**SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: April      , 2007

3375006_4

By _____
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
Chris Desiderio, Esq. (CD 6929)
Richard C. Pedone, Esq. (admitted pro hac vice)
Amanda D. Darwin, Esq. (AD 2719)

*Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture, Wilmington Trust Company, as Collateral Agent, and Wilmington Trust Company, as Administrative Agent under the Credit and Guarantee Agreement with respect to certain First Priority Security Institutional Term Loans*

By _____
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)

*Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture*

By _____
AKIN GUMP STRAUSS HAUER
& FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Fred S. Hodara, Esq. (FH 7947)
Michael S. Stamer, Esq. (MS 4900)
Philip Dublin, Esq. (PD 4919)
Alexis Freeman, Esq. (AF 0328)
Robert A. Johnston, Esq. (RJ 6553)

*Attorneys for the Official Committee of Unsecured Creditors*

By _____
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Gary L. Kaplan, Esq. (GK 4542)
Brad E. Scheler, Esq. (BS 8019)
Adrian Feldman, Esq. (AF 2478)

*Attorneys for the Official Committee of Equity Security Holders of Calpine Corporation, et al.*

**SO ORDERED:**

*/s/ George B. Daniels*
UNITED STATES DISTRICT JUDGE
GEORGE B. DANIELS
Dated: April ___, 2007
MAY 0 2 2007

3375006_4